UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

------------------------------
In Re:

Mitchell Jay Frank and Sheila Marie
Frank

<u>ORDER</u>

Debtors.

Chapter 7, Case No. 10-46502
------------------------------

    This case is before the court on the motion of Mortgage Electronic Registration Systems, Inc. as nominee for US Bank, N.A. as serviced by National Default Servicing Corporation, pursuant to 11 U.S.C. section 362. Based on the motion and the file,

    IT IS ORDERED:

    The automatic stay imposed by 11 U.S.C. 362 is terminated as to the real property over which the movant, its successors or assigns has an interest under mortgage document no. 1975653.009, property legally described as:

    LOT 1, BLOCK 4, SUNCREST ESTATES, ACCORDING TO THE
    RECORDED PLAT THEREOF, AND SITUATE IN ANOKA COUNTY,
    MINNESOTA

    The movant, its successors and assigns, may foreclose the mortgage in accordance with Minnesota Statutes. Notwithstanding Federal Rule of Bankruptcy Procedure 4001(a)(3), this order is effective immediately.

Dated: November 18, 2010

/e/ Robert J. Kressel
Robert J. Kressel
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on **11/18/2010**
Lori Vosejpka, Clerk, by LMH